DL Drohan Lee

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____        │
│ DATE FILED: 9/11/2025                │
└─────────────────────────────────────┘
```

September 10, 2025

**VIA ECF**
Hon. Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *L.A.P. et al v. N.Y.C. Dep't of Educ.,* 25-cv-5510 (JLR)(SN)

Dear Judge Netburn,

        We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

        We hereby write jointly with Plaintiffs' counsel in the above-referenced matter. Pursuant to the Court's August 5, 2025 Order (ECF No. 13) referring this action to Your Honor for settlement, the parties have conferred regarding the scheduling of a settlement conference. We apologize to the Court for the delay in submitting this request.

        After careful consideration, the parties respectfully request that a settlement conference be held in abeyance to allow additional time to pursue the settlement of the fees issue. Defendant's counsel is currently finalizing its review of the attorney billing and administrative records necessary for settlement discussions. The parties note that they have successfully resolved numerous attorneys' fees matters together without burdening the Court with conferences or motion practice.

If a settlement conference would be productive at a later date, the parties are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 11, 2025
       New York, New York